

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. Jennifer Leann McCormick | ) | **FILED** |
| 2. Paul Leroy Wickham | ) | JAN 21 2020 |
| PLAINTIFFS, | ) | |
| Vs. | ) | Case # |
| 1. William Barr | ) | Mark C. McCartt, Clerk<br>U.S. DISTRICT COURT |
| 2. Christopher Wray | ) | |
| 3. State of Oklahoma | ) | **20 CV   024 JED - JFJ** |
| 4. Nowata County | ) | |
| 5. Carl Gibson | ) | |
| 6. Burke LaRue | ) | |
| 7. Doug Sonnenberg | ) | |
| 8. Troy Friddle | ) | |
| 9. Mickey Hallett | ) | |
| 10. April Frauenberger | ) | |
| 11. Ryan Olsen | ) | |
| 12. Leonard Logan | ) | |
| 13. Oklahoma Bar Association | ) | |
| 14. Kevin Buchanan | ) | |
| 15. Terry Dean Wickham | ) | |
| 16. Thad Austin Wickham | ) | |
| 17. Terry Allan Wickham | ) | |
| 18. Beverly Ellen Johnson | ) | |
| 19. Kathy Sue Morris | ) | |
| 20. Brian Little | ) | |
| 21. Jimmy Ted King | ) | |
| DEFENDANTS, | ) | |

Fees paid

We are filing a Notice of a Claim so the motion can be granted. We are asking for a Jury Trial under the 1st and 7th Amendments of the Constitution of the United States.

A petition and complaint in the nature of a suit for deprivation of Federally Protected Rights under 42 USC § 1983 for False Arrest. Defendants Notice of Removal under 28 USC § 1446b in Nowata County Case # PB-2019-21.

1. The action was brought under Oklahoma Statute Title 58 § § 292-294 for Case # PB 2019-21. This statute pertains to this case, but has no validity against Jennifer L McCormick and Paul L Wickham.

2. According to the Court records, on November 27, 2019, record shows an order on citation of PB-2019-21.

3. On approximately January 7, 2019 at 4:00 pm, Jennifer L McCormick was stopped by Nowata County Deputies and was retained by a warrant generated by a fax machine.

4.  Paul L Wickham was called by Jennifer L McCormick to come and get her dog because the Nowata County Sheriff Mickey Hallett had arrested her, along with four Deputies, under a suspicious fraudulent warrant.

5.  Jennifer L McCormick's rights were never read to her or her rights for probable cause. Paul L Wickham's rights were violated the same way, as he was arrested at the same time.

6.  This pertains to, basically, cattle stealing along with Carl Gibson, Ryan Olsen, Leonard Logan, Mickey Hallett; all working in concert and out of the color of law. Jennifer L McCormick owned the cattle that were taken from her, without due process, to generate revenue for Leonard Logan and Ryan Olsen's attorney fees.

7.  Terry D Wickham, Beverly E Johnson and Mickey Hallett helped to load the cattle on Thad A Wickham's and Terry A Wickham's livestock trailers on approximately November 6, 2019 and November 20, 2019. Estimated value of 13 adult cows at $16, 250.00, 12 calves valued at $11,400.00 and 1 bull valued at $3000.00.

8.  At no time was Jennifer L McCormick and Paul L Wickham served.

9. Brian Little and Jimmy Ted King are criminal accessories; Jennifer L McCormick gave them legal notice before the sale of the cattle at the Coffeyville Livestock Market in Coffeyville, Kansas, on October 30, 2019.

10. Terry D Wickham, Beverly E Johnson and Kathy S Morris committed fraud and extortion under Title 18 USC § 1001 against Jennifer L McCormick

11. The State of Oklahoma was giving them a workplace to plan their exercise as a coup to generate revenue for the Nowata County Courthouse.

12. On September 1, 2014 the cattle and farm equipment were given to Paul L Wickham as a gift. Paul L Wickham subsequently gave them as a gift on October 1, 2018 to Jennifer L McCormick. A copy of the documents will be in place as evidence.

13. Nowata County and the State of Oklahoma are running an enterprise to benefit Carl Gibson, Ryan Olsen, Leonard Logan, as a place to commit criminal accessory by generating revenue.

14. The Sheriff of Nowata County is running an enterprise under Title 18 USC § 1001 to defraud Jennifer L McCormick of her life estate, along with Beverly E Johnson, Terry D Wickham, Thad A Wickham, Terry A Wickham, along with Brian Little, Jimmy Ted King, by violating Jennifer L McCormick's rights under

Federal Rules of Evidence, 201(d) by not serving Jennifer L McCormick under

due process.

15. April Frauenberger, the Court Clerk of Nowata County is manufacturing and

distributing false documents, which is a felony under State and Federal Rules.

## Remedy Sought

The cattle went across state lines, which makes it a Federal offense.

Working out of the color of law of all respect to due process of Civil Procedure,

we are asking $750,000.00 per day from the day the act was committed on January 7,

2020 at approximately 4:00 pm.

1/20/20
Date

Jennifer Leann McCormick
R1 Box 171
Nowata, OK 74048

1-20-20
Date

Paul Leroy Wickham
R1 Box 171
Nowata, OK 74048

State of _Oklahoma_
County of _Washington_
The foregoing document was acknowledged before me this _20th_ day of
_January_, 2020.
Signature of Notary Public
My Commission Expires _07-08-23_

CLIFTON CONNER
NOTARY PUBLIC
COMM.# 19006768
EXPIRES 07/08/23
IN AND FOR
STATE OF OKLAHOMA
WASHINGTON COUNTY

### SWORN AFFADAVIT

I swear that the foregoing document is true and correct to the best of my ability.


1-20-20 _____      _____

Date                                Paul Wickham

R1 Box 171

Nowata, OK. 74048

918-418-9582


State of ___OK/ahoma_____

County of ___Washington_____

The foregoing document was acknowledged before me this ___20th___ day of

___January___, 2020.

Signature of Notary Public _____

My Commission Expires _____07-08-23_____





## SWORN AFFADAVIT

I swear that the foregoing document is true and correct to the best of my ability.

1-/20/20

Date         Jennifer McCormick

R1 Box 171

Nowata, OK. 74048

918-418-9582

State of _Oklahoma_

County of _Washington_

The foregoing document was acknowledged before me this _20th_ day of _January_, 2020.

Signature of Notary Public

My Commission Expires _07-08-23_

CLIFTON CONNER

NOTARY PUBLIC

COMM.# 19006768

EXPIRES 07/08/23

IN AND FOR

STATE OF OKLAHOMA

WASHINGTON COUNTY

Exhibit "B"          9-1-20-14

all livestock — Paul Wikton

all farm machinery — Paul Wikton

Katina Holland
Notary Public

7/22/2015
expiration

KATINA HOLLAND
NOTARY PUBLIC - STATE OF OKLAHOMA
MY COMMISSION EXPIRES: JULY 22, 2015
MY COMMISSION # 11006683

Dean Wikton

9-1-20 14

EXBIT A

*A*

I-2018-001568   Book 0845 Pg: 32-
10/01/2018  8:30 am Pg 0324-032
Fee:    $ 15.00    Doc:   $ 0.00
Chris Freeman - Nowata County Cle
State of Oklahoma

## AFFIDAVIT OF PAUL LEROY WICKHAM

STATE OF OKLAHOMA          )
                          )
COUNTY OF NOWATA           )



The undersigned, PAUL LEROY WICKHAM, of R1 Box 171, Nowata, Oklahoma 74048 being duly sworn, hereby deposes and says:

1.    That I am over the age of 18 and am a resident of the State of Oklahoma. I have personal knowledge of the facts herein, and, if called as a witness, could testify completely thereto.

2.    That I suffer no legal disabilities and have personal knowledge of the facts set forth below.

3.    That on October 1, 2018, I owned and transferred/gave all my livestock (including but not limited to livestock listed in Exhibit A) to Jennifer Leann McCormick of R1 Box 171, Nowata, Oklahoma 74048.

4.    That on October 1, 2018, I owned and transferred/gave all my farm machinery (including but not limited to equipment listed in Exhibit A) to Jennifer Leann McCormick of R1 Box 171, Nowata, Oklahoma 74048.

I declare that, to the best of my knowledge and belief, the information herein is true, correct and complete.

Executed this ___/ ST___ day of October 2018.

_Paul Leroy Wickham_
Paul Leroy Wickham

## NOTARY ACKNOWLDGEMENT

STATE OF OKLAHOMA
COUNTY OF _Washington_

This Affidavit was acknowledged before me on this ___1st___ day of October 2018 by Paul Leroy Wickham, who, being first duly sworn on oath according to law, deposes and says that he has read the foregoing Affidavit subscribed by him, and that the matters stated herein are true to the best of his information, knowledge and belief.

_Stephanie J. Gill_
Notary Public
Commission # _05003139_
Expires
_03/30/2021_

**EXHIBIT A**

I-2018-001568   Book 0845 F
10/01/2018  8:30 am Pg 032
Fee:    $ 15.00      Doc:   $
Chris Freeman - Nowata Cou
State of Oklahoma

EQUIPMENT

- 1 – 1964 John Deere 4020 Wheatland
- 1 – 1969 John Deere 4020
- 1 – 1985 John Deere 2840 with Front loader
- 1 – New Holland Twine Round Baler BR850
- 1 – New Holland Chain Round Baler 851
- 1 – BushHog 15 Foot Mower
- 1 – Kuhn Disk Mower 9 Foot
- 1 – New Holland Tedder Rake
- 2 – New Holland Rakes
- 1 – Grinder Mixer
- 1 – John Deere Disk 14 Foot
- 1 – 10.5 Foot Offset BushHog Disk
- 1 – 36 Foot Hutchinson Grain Auger x 8"
- 1 – Natural Gas Grain Dryer
- 1 – John Deere Grain Drill
- 2 – Deer Born / Row Cornpicker
- 1 – Corn Stalk Chopper

LIVESTOCK

- 1 – Bull
- 14 – Cows
- 14 – Calves

# LEGAL NOTICE

To:   Coffeyville Livestock Market
      822 West 14th Street
      Coffeyville, KS. 67337

Leslie Dean Wickham has no estate as of 29th day of October 2019 and it has been settled.

This is to make you aware that any cattle sold under Leslie Dean Wickham's name is fraud.

If there are any cattle sold under Leslie Dean Wickham's Estate, they are stolen.

This is a notice to keep you from getting in trouble.

10|30|19
Date                        Jennifer McCormick
R1 Box 171
Nowata, OK. 74048
918-418-9582

State of _OKlahoma_
County of _Washington_
The foregoing document was acknowledged before me this _30th_ day of _October_, 2019.
Signature of Notary Public _____
My Commission Expires _____ 07/08/23

CLIFTON CONNER
NOTARY PUBLIC
COMM.# 19006766
EXPIRES 07/08/23
IN AND FOR
STATE OF OKLAHOMA
WASHINGTON COUNTY

## SWORN AFFADAVIT

I swear that the foregoing document is true and correct to the best of my ability

10/30/19
Date                    Jennifer McCormick
RT Box 171
Nowata, OK  74048
918-418-9582

State of _Oklahoma_
County of _Washington_
The foregoing document was acknowledged before me this _30th_ day of
_October_, 2019
Signature of Notary Public _____
My Commission Expires _____07/09/23_____

CLIFTON CONNER
NOTARY PUBLIC
COMM.# 19005766
EXPIRES 07/08/23
IN AND FOR
STATE OF OKLAHOMA
WASHINGTON COUNTY

Date 10/30/19   Received by: _Brent W. Clevenger_
                              Print Name

                              _____
                              Signature
                              Coffeyville Livestock Market



CERTIFIED COPY

FILED
COURT CLERK, NOWATA CO, O

NOV 2 7 2019

APRIL FRAUENBERGER
BY:

## IN THE DISTRICT COURT IN AND FOR NOWATA COUNTY
## STATE OF OKLAHOMA

IN THE MATTER OF THE ESTATE OF          )
LESLIE DEAN WICKHAM, deceased.          )          Case No. PB-2019-21
                                        )

### ORDER ON CITATION

On the 22nd day of November, 2019, this matter came on for hearing on the Application for

Citation, pursuant to Okla. Stat. tit. 58, §§ 292-294, filed herein by Terry Dean Wickham ("Personal

Representative"), Personal Representative of the Estate of Leslie Dean Wickham, deceased

Decedent"). The Personal Representative appeared in person and with counsel, Ryan H. Olsen,

Logan & Lowry, LLP; the defendants, Paul Wickham, Jennifer McCormick, and Dwayne Garrett,

filed to appear. Upon examination of the pleadings and testimony offered in open court, the Court

NDS and it is hereby ORDERED:

1.      The Defendants were personally served by the Sheriffs of their respective counties of

residence with notice of these proceedings and failed to appear.

2.      During the hearing, Brian Little, operator of the Coffeyville Livestock Market ("Livestock

Market"), testified that on or about November 6, 2019, Dwayne Garrett, purportedly on

behalf of Paul Wickham, visited the Livestock Market, threatened the operators of the

Livestock Market, and attempted to prevent the Personal Representative's sale of cattle

belonging to the Estate of the Decedent ("Cattle"), and fraudulently asserted the Cattle were

stolen, and fraudulent documents were presented to the Livestock Market, purportedly signed

by Jennifer McCormick, claiming the Cattle were stolen.

3.      The Defendants shall be and are hereby                    om making any claims or presenting any

documents to third parties, businesses, or other entities with respect to the real or personal property (tangible or intangible) of the Estate of the Decedent, said real and personal property being listed on the Personal Representative's General Inventory and Opinion of Value set forth on the Petition for Probate filed herein.

4. The Defendants shall be and are hereby prohibited from interfering with the Personal Representative in the performance of duties and further prohibited from any interference with administration of the Estate of the Decedent.

5. This Court hereby has taken a Bench Warrant under advisement with respect to each of the Defendants, Paul Wickham, Jennifer McCormick, and Dwayne Garrett.

6. **The Defendants, Paul L. Wickham, Jennifer McCormick, and Dwayne Garrett, shall be and are hereby ordered to appear before this Court on December 13, 2019 at 9:00 a.m. in the District Courtroom of the Nowata County, Oklahoma District Court in Nowata, Oklahoma**, to be examined by the undersigned Judge, on oath, upon the matters set forth in the Application for Citation; if Defendants fail to appear and submit to an examination, or to answer such interrogatories as may be put to him or her touching the matters in the Application for Citation, the Court may, by warrant for that purpose, commit him or her to the county jail, there to remain in close custody until he or she submits to the order of this Court or is discharged according to law.

IS SO ORDERED this 27th day of November, 2019.

_____
JUDGE OF THE DISTRICT COURT

Court Clerk for Nowata County,
rtify that the foregoing is a true,
he instrument herewith set out
the Court Clerk's Office of

_____ember_____ 20_9
_____Miller_____

2

WARRANT - CIVIL CASE

IN THE DISTRICT COURT IN          COUNTY
STATE OF OKLAHOMA

In The matter of
The Estate of

Leslie Dean Wickham

Return to
Court Clerk's Office

Case No. PB-19-21

TO THE SHERIFF OF          COUNTY, GREETING:

YOU ARE HEREBY COMMANDED TO BRING FORTH: _____

Paul Leroy Wickham
Rt 1 Box 171 Nowata, OK 74048

to appear before Judge Carl Gibson _____ Room 1 of the District Court of

_____ County, to answer for a contempt of said Court for failing to appear

on the 23 day of November December 2019, after being duly summoned.  Should

said Court not be in session, then he/she should be detained in lieu of

$ 1,500⁰⁰ bond for appearance on the next regular Court day for said Judge

ISSUED THE 13 DAY OF December, 2019

Prepared and requested by:

Ryan Olsen
Attorney
101 South Wilson Street
Address
Vinita, OK 74301
Phone

Judge

Carl G. Gibson
Associate Judge

SHERIFF'S RETURN

This warrant received on the _____ day of _____ , 20 ____ .

Description of Party:

Age _____ Complexion _____ Height _____          _____

Weight _____ Hair _____ Eyes _____          SHERIFF

Remarks: _____

_____ Sheriff.          DEPUTY SHERIFF

WARRANT - CIVIL CASE

IN THE DISTRICT COURT IN
STATE OF OKLAHOMA

COUNTY

In The matter of
The Estate of
_____ Plaintiff,

vs.

Leslie Dean Wickham
_____

Return to
Court Clerk's Office   Case No. _PB-19-21_

_____ Defendant.

TO THE SHERIFF OF _____ COUNTY, GREETING:

YOU ARE HEREBY COMMANDED TO BRING FORTH: _____

Jennifer L. McCormick
Rt 1 Box 171 Nowata, OK 74048

to appear before Judge Carl Gibson Room _1_ of the District Court of

_____ County, to answer for a contempt of said Court for failing to appear
on the 22 13 day of November December, 2019 19, after being duly summoned.   Should
said Court not be in session, then he/she should be detained in lieu of
$1,500⁰⁰ bond for appearance on the next regular Court day for said Judge

ISSUED THE 13 DAY OF December, 2019

Prepared and requested by:

Ryan Olsen
Attorney
101 South Wilson Street
Address
Vinita, OK 74301
Phone

_____
Judge          Carl G. Gibson
               Associate Judge

SHERIFF'S RETURN

This warrant received on the _____ day of _____, 20 ___.

Description of Party:

Age _____ Complexion _____ Height _____      _____

Weight _____ Hair _____ Eyes _____

Remarks: _____            SHERIFF

_____
        Sheriff.          DEPUTY SHERIFF

## <u>NOTICE DATE TO APPEAR IN COURT</u>

NAME _Wickham Paul LeRoy_

You have been arrested on the charge(s) of _____

_Warr # PB-19-21_

You posted bond in the amount of _1-500.00_ on _1-7-20_

At _1825_ o'clock (am / pm)

Your bond is returnable on _1-27-20_ at _9:00_ o'clock am / pm

### Sheriff: Mirta B. Hallett

Date _1-7-20_          By _X H Hagehusch_

If you fail to appear in the court of the above set date, any bond posted for your reappearance will be subject to forfeiture, and a bench warrant may be issued for your arrest. Your signature for understanding the above.

X _Paul Wickham_

A copy of this notice must be provided to the following:

(1) Defendant          (2) Court Clerk          (3) District Attorney

*********cut*********cut*********cut*********cut*********cut*********

## NOTICE DATE TO APPEAR IN COURT

NAME  _McCormick  Jennifer_

You have been arrested/on the charge(s) of _____

_____  _Warr#  PB-19-21_

You posted bond in the amount of  _1500.00_  on  _1-7-20_

At  _1735_  o'clock (am / (pm)

Your bond is returnable on  _1-27-20_  at  _9:00_  o'clock (am / pm

### Sheriff: Mirta B. Hallett

Date  _1-7-20_  By  _St Hagelunch_

If you fail to appear in the court of the above set date, any bond posted for your reappearance will be subject to forfeiture,  and a bench warrant may be issued for your/arrest.  Your signature for understanding the above.

X _____

A copy of this notice must be provided to the following:

(1) Defendant            (2).  Court Clerk            (3)   District Attorney

I. 408 (2006)

## APPEARANCE BOND

IN THE DISTRICT COURT OF _NoWata_ _____ COUNTY, STATE OF OKLAHOMA

State of Oklahoma,
        Plaintiff,

vs. _Paul Wickham_

        Defendant

Case No. _PB19-21_

Know all men by these presents, that we the above named defendant, as principal and the undersigned _Misty Faust / Clint Pletcher_
as surety(ies), personally appeared before the undersigned authority and jointly and severally acknowledged themselves to be indebted to the state of Oklahoma in the sum of _One thousand five hundred_ Dollars ($_1,500_) good and lawful money of the United States, to which payment well and truly to be made we bind ourselves, our assigns, heirs, executors and administrators jointly and severally, firmly by these presents.

The conditions of this bond are such that, if the above named defendant, who has been committed to the county jail of _Nowata_ _____ County, State of Oklahoma, shall personally appear before the _Nowata_ Court of said County on the _29_ day of _January_ , 20_20_ at _9_ o'clock _A_ . M, of said day, and from term to term, and from day to day or each term, to answer a charge preferred against him for the offense of _FTA_ _____ and shall not depart the said Court without leave and shall obey any order issued by said Court, then this bond shall be void; otherwise, this bond shall remain in full force and effect,

Witness our hands and seals this _7_ day of _January_ , 20_20_.

X _Paul Wickham_ _____ Principal X R1 Box 17, Nowata Ok? 404 8 _Address_

_Misty Faust_ _____ Surety PO Box 9 Bartlesville OK 74005 _Address_

_Clint Pletcher_ _____ Surety 2844 Ame Rd. Shawnee, OK 74804 _Address_

TAKEN, SUBSCRIBED AND ACKNOWLEDGED, this _____ day of _____ , 20 ____.

_____ Court Clerk _Nicta B. Hallett_ _____ Sheriff

_____ Deputy _SHagelinsch_ _____ Deputy

This undertaking approved this _____ day of _____ , 20 ____.

_____ Court Clerk

(SEAL)                       _____ Deputy

### AFFIDAVIT AS TO UNDERTAKING

STATE OF OKLAHOMA, ~~Washington~~ _Nowata_ COUNTY, SS.

The undersigned, being first duly sworn upon oath, says that he is a resident of _Washington_ County, State of Oklahoma, and that neither he nor anyone for his use has received or been promised any security or consideration for making this undertaking, except as hereinafter specified under one or more of the following, to wit:

a)      Consideration for this undertaking received or promised in the sum of $_150_

b)      Other security received or promised for making this undertaking, is as follows:
      _N/A_

c)      Such promise, security or consideration was received from:
     _Michael Wickham   Rt. 1 Box 123  Nowata, OK_
     Name            Address

I understand that any willful misstatement relating to the security or consideration promised or given shall make me liable to the same prosecution and penalty as one who commits perjury.

_____   PO Box 9 Bartlesville OK 74005
Affiant                                    Address

Subscribed and sworn to before me this _____ day of _____, 20 ____.
(SEAL)
My Commission Expires:                    _____
_____                  Court Clerk - Notary Public

                                         _____
                                         Deputy

### QUALIFICATION OF SURETY
12 Okl.St.Ann. §62

---

| NOT TO EXCEED   $100,000 | **POWER OF ATTORNEY** | VOID IF USED WITH OTHER POWERS OF THIS COMPANY |
|---|---|---|

KNOW ALL MEN BY THESE PRESENTS          **22852**          12844 ACME ROAD
SHAWNEE, OK 74804

That I, Clint Pletcher, of Shawnee, Oklahoma. Pottawatomie County, State of Oklahoma, have made and constituted and appointed by these presents do make, constitute and appoint the below named agent, my true and lawful attorney, for me and in my name, place and stead, and to my use, as my employee and agent to write Multi-County Agent bonds, to sign my name, by him, in the execution of any and all bonds made as my agent, giving my said attorney full power  to do everything whatsoever requisite and necessary to be done in the premises as fully as I could do if personally present, hereby ratifying and confirming all that my said attorney shall lawfully do, or cause to be done, by virtue hereof. All this provided this Power-Of-Attorney is filed with the bond and retained as a part of the court records, the said Attorney-In-Fact is hereby authorized to insert in this Power-Of-Attorney the name of the person on whose behalf this bond was given.

IN WITNESS THEREOF: I, Clint Pletcher, Multi-County Agent Bondsman, affix my signature.

for the purpose this ___7___ day of __January__ , 20 _20_ .

                                         _Clint Pletcher_
                                         **Clint Pletcher**
                                         Mutli-County Agent Bondsman

Case Number _____

Bond Amount $ _1,500_ _____   Appearance Date _1-27-20  9A_

Premium Charged $ _150_ _____   Collateral Received _____

Defendant _Paul Wickham_ _____   DOB _10/27/52_

Court _Nowata_ _____   City _Nowata_ _____   State _OK_

Offense _FTA_ _____

Executing Agent _____

                                         SPREKELMEYER #88800

---

### AFFIDAVIT FOR CASH BOND

I am worth,  over and above all exemptions, debts, and liabilities,  the sum of
_____ ($ _____ ).
(Must be double the amount to be secured).

                                         _____
                                         Surety

                                         _____
                                         Surety/Bondsman

This Qualification of Surety subscribed and sworn to before me this _____ day of _____
20 ____.

                                         _____
                                         Court Clerk/Judge

                                         _____
                                         Deputy Court Clerk

108 (2006)

## APPEARANCE BOND

IN THE DISTRICT COURT OF _Nowata_ _____ COUNTY, STATE OF OKLAHOMA

State of Oklahoma,
    Plaintiff,

vs. _Jennifer McCormick_ _____
    Defendant

Case No. _PB 19 21_

    Know all men by these presents, that we the above named defendant, as principal and the undersigned _Misty Faust / Clint Pletcher_ _____ as surety(ies), personally appeared before the undersigned authority and jointly and severally acknowledged themselves to be indebted to the state of Oklahoma in the sum of _Fourteen Five Hundred_ _____ Dollars ($ _1500_ ) good and lawful money of the United States, to which payment well and truly be made we bind ourselves, our assigns, heirs, executors and administrators jointly and severally, firmly by these presents.

    The conditions of this bond are such that, if the above named defendant, who has been committed to the county jail of _Nowata_ _____ County, State of Oklahoma, shall personally appear before the _Nowata_ _____ Court of said County on the _27_ day of _January_ _____, 20 _20_ at _9_ o'clock _A._ M, of said day, and from term to term, and from day to day or each term, to answer a charge preferred against him for the offense of _PCA_ _____
_____ and shall not depart the said Court without leave and shall obey any order issued by said Court, then this bond shall be void; otherwise, this bond shall remain in full force and effect.

Witness our hands and seals this _7_ day of _January_ _____, 20 _20_ .

X _____ Principal _(R) Box 171 Nowata 74048_ Address
_Misty Faust_ _____ Surety _PO Box 9 Bartesville, OK 74005_ Address
_Clint Pletcher_ _____ Surety _7844 Acme Rd. Shawnee, OK 74804_ Address

TAKEN, SUBSCRIBED AND ACKNOWLEDGED, this _____ day of _____, 20 ____ .

_____ Court Clerk _Myrta B. Hallett_ Sheriff
_____ Deputy _SHagelrush_ Deputy

This undertaking approved this _____ day of _____, 20 ____ .

_____ Court Clerk

(SEAL) _____ Deputy

## AFFIDAVIT AS TO UNDERTAKING

STATE OF OKLAHOMA, _Nowata_ _____ COUNTY, SS.

The undersigned, being first duly sworn upon oath, says that he is a resident of _Washington_ _____ County, State of Oklahoma, and that neither he nor anyone for his use has received or been promised any security or consideration for making this undertaking, except as hereinafter specified under one or more of the following, to wit:

    a)    Consideration for this undertaking received or promised in the sum of $ _150_

    b)    Other security received or promised for making this undertaking, is as follows:
    _N/A_

*I understand that any willful misstatement relating to the security or consideration promised or given shall make me liable to the same prosecution and penalty as one who commits perjury.*

_Clinty Claunt_      PO Box 9 Bartlesville, OK 74005
Affiant                   Address

Subscribed and sworn to before me this _____ day of _____, 20 _____
(SEAL)

My Commission Expires:          _____
                             Court Clerk - Notary Public

                             Deputy

## QUALIFICATION OF SURETY
### 12 Okl.St.Ann. §62

STATE OF OKLAHOMA       )                   Amount of Bond

---

NOT TO EXCEED    $100,000      **POWER OF ATTORNEY**      VOID IF USED WITH OTHER POWERS OF THIS COMPANY

KNOW ALL MEN BY THESE PRESENTS     **22851**      12844 ACME ROAD SHAWNEE, OK 74804

That I, Clint Pletcher, of Shawnee, Oklahoma, Pottawatomie County, State of Oklahoma, have made and constituted and appointed by these presents do make, constitute and appoint the below named agent, my true and lawful attorney, for me and in my name, place and stead, and to my use, as my employee and agent to write Multi-County Agent bonds, to sign my name, by him, in the execution of any and all bonds made as my agent, giving my said attorney full power to do everything whatsoever requisite and necessary to be done in the premises as fully as I could do if personally present, hereby ratifying and confirming all that my said attorney shall lawfully do, or cause to be done, by virtue hereof. All this provided this Power-Of-Attorney is filed with the bond and retained as a part of the court records, the said Attorney-In-Fact is hereby authorized to insert in this Power-Of-Attorney the name of the person on whose behalf this bond was given.

IN WITNESS THEREOF: I, Clint Pletcher, Multi-County Agent Bondsman, affix my signature.

for the purpose this ____7____ day of ___January___, 20 _20_.

                                         _Clint Pletch_
                                         **Clint Pletcher**
                                         Multi-County Agent Bondsman

Case Number _PB 19-21_

Bond Amount $ _1,500-_          Appearance Date _1-27-20 9A_

Premium Charged $ _150-_        Collateral Received _____

Defendant _Jennifer McCormick_      DOB _5/12/74_

Court _Nowata_      City _Nowata_      State _OK_

Offense _FTA_

Executing Agent _Clinty Claunt_

                                                  SPREKELMEYER #88800

---

### AFFIDAVIT FOR CASH BOND

*I am worth, over and above all exemptions, debts, and liabilities, the sum of _____ ($_____).*

(Must be double the amount to be secured).

_____
Surety

_____
Surety/Bondsman

This Qualification of Surety subscribed and sworn to before me this _____ day of _____. 20 _____

# IN THE DISTRICT COURT IN AND FOR
# NOWATA COUNTY
# STATE OF OKLAHOMA

In the Matter of the Estate of,           )

    Leslie Dean Wickham, Deceased     )

    PLAINTIFF,                         )

Vs.                                        )        Case # # PB-2019-21

1. Paul Wickham                            )

2. Jennifer McCormick                      )

    DEFENDANTS,                        )

---

Defendants Notice of Removal
District Court of Nowata County Case # PB-2019-21

---

Defendant files this notice of removal under authority of 28 USC § 1440 (b) and

18 USC § 1442 to the Honorable Presiding Judge of the above-entitled Court.


_____

Date          Paul Leroy Wickham
                R1 Box 171
                Nowata, OK 74048


_____

Date          Jennifer Leann McCormick
                R1 Box 171
                Nowata, OK 74048

We are filing a notice of a claim so the motion can be granted. We are asking for a Jury

Trial under the 1st and 7th Amendments of the Constitution of the United States.

A petition and complaint in the nature of a suit for deprivation of

Federally Protected Rights Under 42 USC § 1983 for False Arrest. Notice of

Removal under 28 USC § 1446B in Case # PB-19-21.

1. The action was brought under Oklahoma Statute Title 58 § § 292-294 for Case #
   PB 2019-21. This statute pertains to this case, but has no validity against Jennifer
   L McCormick and Paul L Wickham.

2. According to the Court records, on November 27, 2019, record shows an order on
   citation of PB-2019-21.

3. On approximately January 7, 2019 at 4:00 pm, Jennifer L McCormick was
   stopped by Nowata County Deputies and was retained by a warrant generated by
   a fax machine.

4. Paul L Wickham was called by Jennifer L McCormick to come and get her dog
   because the Nowata County Sheriff Mickey Hallett had arrested her, along with
   four Deputies, under a fraudulent warrant generated by a fax machine.